UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.: 08-CR-20009-2FL

vs.        HON. PAUL V. GADOLA
        MAG. JUDGE MICHAEL J. HLUCHANIUK

MICHAEL SLOAN MULLER,

        Defendant.
_____/

## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION OF DEFENDANT AND ORDER CONTINUING ORDER OF TEMPORARY DETENTION

This matter was scheduled for a detention hearing on January 9, 2008, pursuant to the motion for detention made by the government, and on that date the parties appeared for the purpose of conducting such a hearing. During the hearing it appeared that it would be helpful to the court, for the purpose of determining the suitability of the defendant's release on bond pursuant to 18 U.S.C. § 3142( c ) to obtain additional, expert information relating to the defendant's mental health.

Accordingly, **IT IS ORDERED**, pursuant to 18 U.S.C. § 3154(1), that the Pretrial Services Agency shall arrange for a psychiatric or psychological examination of the defendant to be conducted under the provisions of 18 U.S.C. § 4247(b) and for the results of such an examination to be furnished to the court and to the parties prior to the next scheduled hearing in this matter.

**IT IS FURTHER ORDERED** that the detention hearing with respect to this defendant shall be continued until February 4, 2008 at 1:30 P.M., and that the defendant shall be

temporarily detained until that time. At the time of the hearing on January 9, 2008, the government and the defendant agreed to have such an examination conducted. The government preserved its right to seek detention in this matter, regardless of the outcome of the examination, and the defendant waived his rights to have the detention hearing conducted within the time limits provided for in 18 U.S.C. § 3142(f)(2).

      **IT IS FURTHER ORDERED** that the time period associated with this process, up to and including February 4, 2008, or any later date that the detention hearing may be continued to, shall be excluded under the Speedy Trial Act pursuant to the terms of 18 U.S.C. § 3161(h)(1).

Dated: January 10, 2007

s/ Michael J. Hluchaniuk
Michael J. Hluchaniuk
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Nancy A. Abraham, David A. Koelzer, and I hereby certify that I have mailed by United States Postal Service or hand delivered the paper to the following non-ECF participants: U.S. Marshal, 600 Church St., Flint, MI., Pretrial Services Officer, 600 Church St., Flint, MI.

s/ James P. Peltier
James P. Peltier
Courtroom Deputy Clerk